CR 21-263 PAM/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. ___

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2261A(2)(B) |
| | 18 U.S.C. § 1028(a)(7) |
| v. | 18 U.S.C. § 1028(b)(2)(B) |
| KI CHEUNG YAU, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (Cyberstalking)

From on or about January 4, 2020, through on or about November 2021, in the State and District of Minnesota and elsewhere, Defendant,

**KI CHEUNG YAU,**

with the intent to injure, harass, intimidate, or place under surveillance with intent to injure, harass, or intimidate another person, to wit, Victim 1, did use interactive computer services, electronic communication services, and electronic communications systems of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause Victim 1 substantial emotional distress, all in violation of Title 18, United States Code, Section 2261A(2)(B).

SCANNED
DEC 02 2021
U.S. DISTRICT COURT ST. PAUL

## COUNT 2
### (Identity Theft)

From on or about January 4, 2020, through on or about November 2021, in the State and District of Minnesota and elsewhere, Defendant,

### KI CHEUNG YAU,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, namely, the name and date of birth of Victim 1 in relation to the offense charged in Count 1, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, to wit, Cyberstalking in violation of Title 18, United States Code, Section 2261A(2)(B), all in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(2)(B).

### FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1028(a)(7), (b)(5), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c). Upon conviction of Count 2 of this Indictment, Defendant,

### KI CHEUNG YAU,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to, the following items seized from Defendant's residence, automobile, or person on November 16, 2021: (1) White Samsung Galaxy Note 3, IMEI 358579051299361, and (2) White Samsung cell phone.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY    FOREPERSON