UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Case No. 21-cr-0263 (WMW/JFD)

Plaintiff,

**PRELIMINARY ORDER OF FORFEITURE**

v.

Ki Cheung Yau,

Defendant.

---

Before the Court is the unopposed motion of Plaintiff United States of America for a preliminary order of forfeiture.  (Dkt. 82.)  The Court finds that the property at issue is subject to forfeiture, 18 U.S.C. § 1028(g) (incorporating by reference 21 U.S.C. § 853), and that the United States has established the requisite nexus between such property and the offenses of which Defendant Ki Cheung Yau has been found guilty.

Based on the foregoing analysis and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1.     The motion of Plaintiff United States of America for preliminary order of forfeiture, (Dkt. 82), is **GRANTED**.

2.     Defendant Ki Cheung Yau shall forfeit to the United States the following property (the Property), pursuant to 18 U.S.C. § 1028(g):

   a. a Samsung Galaxy Note 3, S/N RV6Y5D8FYJZ, and a 400GB SanDisk Extreme microSD card that was removed from it;
   b. a Samsung Galaxy Note 9 (SM-N9600) IMEI:359249090528167;
   c. a Dell Inspiron laptop S/T 1YDQQT1;
   d. a Seagate Expansion Drive containing an 8TB Seagate Barracuda;

    e.  a Lexar USB Flash Drive S/N AAEDP82NWWK4JWZ7;
    f.  a 1TB Western Digital My Passport USB external hard drive S/N: WX31A77Y9NA;
    g.  a 128GB SanDisk SD card;
    h.  a 10TB Seagate Portable hard drive S/N ZA2C0290; and
    i.  a Samsung Galaxy S9, SM-G960U1, IMEI 357392100293406.

3.    The United States Attorney General or an authorized designee may seize the Property and maintain custody and control of the Property pending the entry of a final order of forfeiture.

4.    Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 1028(g), the United States shall publish and give notice of this Order and the intent of the United States to dispose of the Property in such a manner as the Attorney General may direct.

5.    This Order shall become final as to Defendant at the time of sentencing and shall be made a part of the sentence and included in the judgment.  Fed. R. Crim. P. 32.2(b)(4)(A), (B).

6.    Following the Court's disposition of any petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period established to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee.

7.    This Court shall retain jurisdiction to enforce this Order and to amend it as necessary.  *See* Fed. R. Crim. P. 32.2(e).

Dated:  September 29, 2022                s/Wilhelmina M. Wright____
                                           Wilhelmina M. Wright
                                           United States District Judge